# United States District Court
## Middle District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| ANTHONY HURDLE | Case Number: 1:24-CR-00236-1 |
| | USM Number: 29047-511 |

David B. Smith
_____
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count 1ss of the second superseding indictment filed November 25, 2024.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

**The defendant is adjudicated guilty of these offenses**:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:933(a)(1), (a)(3), and b | Trafficking in Firearms | 06/20/2024 | 1ss |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count 1 of the indictment filed July 29, 2024 and Count 1s of the superseding indictment filed August 26, 2024 are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the economic circumstances.

March 18, 2025
_____
Date of Imposition of Judgment

_____
Signature of Judge

Catherine C. Eagles, Chief/Senior United States District Judge
_____
Name & Title of Judge

April 9, 2025
_____
Date

DEFENDANT: ANTHONY HURDLE
CASE NUMBER: 1:24-CR-00236-1

# PROBATION

You are hereby sentenced to probation for a term of  **three (3**) **years as to count 1ss.**

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance
3. You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*

4. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(Check, if applicable.)*

6. ☐ You must participate in an approved program for domestic violence. *(Check, if applicable.)*

7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

    You must comply with the standard conditions that have been adopted by this court as well as with any l conditions on the attached page.

DEFENDANT:            ANTHONY HURDLE
CASE NUMBER:      1:24-CR-00236-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. **\*Stricken\*** You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. **\*Stricken\***
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

# U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date_____

DEFENDANT:          ANTHONY HURDLE
CASE NUMBER:        1:24-CR-00236-1

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall abide by the mandatory and standard conditions of probation.

The defendant shall submit his person, residence, office, vehicle, or any property under his control to a warrantless search. Such search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

DEFENDANT:             ANTHONY HURDLE
CASE NUMBER:           1:24-CR-00236-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $.00 | $.00 | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived pursuant to 18 U.S.C. Section 3612(f)(3) for the  ☐ fine  ☐ restitution.

    ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

**\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.**
**\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.**
**\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.**

DEFENDANT:          ANTHONY HURDLE
CASE NUMBER:        1:24-CR-00236-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒   Lump sum payment of $100.00 due immediately, balance due

      ☐  not later than _____ , or

      ☐  in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☐   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐   Payment in equal _____ (*e.g. weekly, monthly, quarterly*) installments of $_____ over a period of _____ (e.g., months or years),
      to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐   Payment in equal _____ (*e.g. weekly, monthly, quarterly*) installments of $ _____ over a period of _____ (e.g., months or years),
      to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.
      The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐   Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk of Court, United States District Court for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC  27401-2544, unless otherwise directed by the court, the probation officer, or the United States Attorney. **Nothing herein shall prohibit the United States Attorney from pursuing collection of outstanding criminal monetary penalties.**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.


☐  Joint and Several

      Defendant and Co-Defendant Names, Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.


☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☒  The defendant shall forfeit the defendant's interest in the following property to the United States:  t**he attached Preliminary Order for Forfeiture filed in this Court on January 23, 2025, shall be incorporated in this Judgment.**


**Payments shall be applied in the following order:  (1) assessment; (2) restitution principal; (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.**

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA　　　　　　:
　　　　　　　　　　　　　　　　　　:　　1:24CR236-1
　　　　　v.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
ANTHONY HURDLE　　　　　　　　　　:

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on November 25, 2024, a federal grand jury sitting in the Middle District of North Carolina returned a Second Superseding Indictment against the defendant, ANTHONY HURDLE, charging the defendant with a violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

AND WHEREAS, forfeiture allegations were included in the Second Superseding Indictment, pursuant to Title 18, United States Code, Section 924(d) and 934(a), and Title 28, United States Code, Section 2461(c);

AND WHEREAS, the defendant, ANTHONY HURDLE, entered into a Plea Agreement on November 29, 2024, whereby the defendant agreed to plead guilty to the Second Superseding Indictment, and consented to forfeiture of all right, title and interest in and to property subject to forfeiture based on the offense to which the defendant pleaded guilty, including but not limited to, all items described in Exhibit 1 attached hereto;

AND WHEREAS, on December 5, 2024, the defendant, ANTHONY HURDLE, pleaded guilty to the Second Superseding Indictment;

AND WHEREAS, the Court finds that the defendant's interest in and to the property described in Exhibit 1 and as described in the forfeiture allegation in the Second Superseding Indictment, the Bill of Particulars Regarding Forfeiture, and the Plea Agreement is subject to forfeiture, and that the requisite nexus exists between the property to be forfeited and the offense to which the defendant has pled guilty.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. As a result of the guilty plea to the Second Superseding Indictment, for which the Government sought forfeiture pursuant to Title 18, United States Code, Section 924(d) and 934(a), and Title 28, United States Code, Section 2461(c), and based on the Plea Agreement, and other matters of record in this case, defendant shall forfeit to the United States all right, title, and interest in and to the property described in Exhibit 1 attached hereto.

2. Upon entry of this Order, the United States Attorney General (or a designee) is authorized to conduct any discovery proper in identifying, locating, or disposing of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

3. Upon entry of this Order, the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

4. The United States shall publish notice of the Order and its intent to dispose of the property in such a manner as the United States Attorney General (or a designee) may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the subject property.

5.     Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

6.     The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

This the 23rd day of January, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA      :
                                    :      1:24CR236-1
                                    :
       v.                          :
                                    :
ANTHONY HURDLE              :

## EXHIBIT 1

1.     $1,580.00 in U.S. CURRENCY;

2.     $2,235.00 in U.S. CURRENCY;

3.     GLOCK GMBH 22 Pistol CAL:40 SN:GVN645;

4.     PALMETTO STATE ARMORY PA-15 receiver/frame CAL: Multi SN:SCNL219123;

5.     SARSILMAZ (SAR ARMS) SAR 9C Pistol CAL:9 SN:T1102-24CY01310;

6.     PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL: Multi SN:SCNL204657;

7.     PHOENIX ARMS CO HP22A deluxe range Pistol CAL:22 SN:4625760;

8.     RUGER LCP Pistol CAL:380 SN:372599731;

**EXHIBIT 1**

9.      GIRSAN MC 1911 S Pistol CAL:45 SN:T6368-24DU00453;

10.     GIRSAN MC 1911 SC Pistol CAL:45 SN:T6368-24BF00270;

11.     GLOCK INC 17GEN5 Pistol CAL:9 SN:BLKW274;

12.     GLOCK INC 17GEN5 Pistol CAL:9 SN:BMLB784;

13.     RUGER LCP Pistol CAL:380 SN:372599728;

14.     CANiK METE mc9 Pistol CAL:9 SN:23CT73569;

15.     TISAS - TRABZON GUN INDUSTRY CORP 1911A1
        STAKEOUT Pistol CAL:45 SN:T0620-24K01581;

16.     ADLER SILAH SANAYII CENTURION BP-12 Shotgun CAL:12
        SN:24US-18362;

17.     Mossberg 715P Pistol CAL:22 SN:CP2206240;

18.     EAA Disruptor PISTOL CAL:9 SN:T6368-24CJ00490;

19.     SAVAGE STANCE PISTOL CAL:9 SN:AA04572;

20.     EAA MC1911 PISTOL CAL:45 SN:T6368-22AB04064;

21.     EAA MC1911 PISTOL CAL:45 SN:T6368-24DR00860;

22.     FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI
        SN:A-35369;

23.     EAA MC1911SC Untouchable PISTOL CAL:45 SN:T6368-
        24BF01151;

24.     MASTERPIECE ARMS DEFENDER PISTOL CAL:9
        SN:FX54632;

25.     GLOCK INC. 17GEN5 PISTOL CAL:9 SN:BMLB775;

26.     EAA mc1911sc PISTOL CAL:45 SN:T6368-24BF00915;

27.     MASTERPIECE ARMS DEFENDER PISTOL CAL:9
    SN:FX54703;

28.     TISAS 1911 PISTOL CAL:45 SN:T0620-24K01524;

29.     EAA MC28SAT PISTOL CAL:9 SN:T6368-21AV12945;

30.     GLOCK INC. 17GEN4 PISTOL CAL:9 SN:BAGR923;

31.     EAA MCP35 PISTOL CAL:9 SN:T6368-22EU06092;

32.     Canik METE PISTOL CAL:9 SN:24CT25502;

33.     SAVAGE STANCE PISTOL CAL:9 SN:AA04603;

34.     GLOCK INC. 43X PISTOL CAL:9 SN:CBHC909;

35.     STANDARD MANUFACTURING COMPANY, LLC S333;
    THUNDERSTRUCK REVOLVER CAL:22 SN:SVF037316;

36.     SAVAGE STANCE PISTOL CAL:9 SN:AA12727;

37.     GLOCK GMBH 22 PISTOL CAL:40 SN:CVK071US;

38.     GLOCK INC 43 PISTOL CAL:9 SN:BEET214;

39.     TAURUS THE JUDGE REVOLVER CAL:45/410 SN:AGC081641;

40.     TAURUS 856 REVOLVER CAL:38 SN:AEG509440;

41.     TISAS PX-9 GEN3 PISTOL CAL:9 SN:T062023DC00069;

42.     GLOCK INC 22GEN4 PISTOL CAL:40 SN:AAGH082;

43.     EAA MC1911SC PISTOL CAL:9 SN:T6368-24ER00858;

44. NORINCO (NORTH CHINA INDUSTRIES) SKS RIFLE CAL:762 SN:C21002100;

45. EAA MC9 Disruptor PISTOL CAL:9 SN:T6368-24CJ00514;

46. GLOCK GMBH 19GEN5 PISTOL CAL:9 SN:CCAX910;

47. GLOCK INC 17GEN5 PISTOL CAL:9 SN:BGLT120;

48. GLOCK INC 17GEN5 PISTOL CAL:9 SN:BGLT244;

49. RUGER SECURITY-9 PISTOL CAL:9 SN:387-23142;

50. GLOCK INC 43X PISTOL CAL:9 SN:AKCH090;

51. GLOCK INC 43 PISTOL CAL:9 SN:ADYA223;

52. GLOCK INC 43 PISTOL CAL:9 SN:AHDD000;

53. GLOCK INC 26GEN5 PISTOL CAL:9 SN:AHYV830;

54. PHOENIX ARMS CO HP22A PISTOL CAL:22 SN:4625759;

55. Old West Firearms SBG DERRINGER CAL:38 SN:002435;

56. TOKAREV SAVUNMA SILAH SANAYI (TOKAREV ARMS) TBP 12 SHOTGUN CAL:12 SN:52-H23YB-003384;

57. G Force GF9 Rapture PISTOL CAL:9 SN:GF92200238;

58. Old West Firearms SBG DERRINGER CAL:380 SN:002556;

59. G Force GF9 Rapture PISTOL CAL:9 SN:GF92201597;

60. Old West Firearms SBG DERRINGER CAL:380 SN:002363;

61. Smith & Wesson MP Shield PISTOL CAL:40 SN:JPL2058;

62. Canik METE PISTOL CAL:9 SN:24CT22298;

63.    Palmetto State Armory 5.7 Rock PISTOL CAL:57 SN:RKO42982;

64.    GLOCK INC 40GEN4 PISTOL CAL:10 SN:BZDB830;

65.    MASTERPIECE ARMS DEFENDER PISTOL CAL:9
       SN:FX54636;

66.    GLOCK GMBH 19 PISTOL CAL:9 SN:BXFT414;

67.    GLOCK GMBH 22 PISTOL CAL:40 SN:GVN467;

68.    Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8663;

69.    Century Arms Nova RIFLE CAL:9 SN:RON2155851;

70.    PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
       CAL:MULTI SN:DCSF904404;

71.    KELTEC, CNC INDUSTRIES, INC SUB-2000 RIFLE CAL:40
       SN:FH7859;

72.    FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI
       SN:A-35221;

73.    RIA-USA VRF-14 SHOTGUN CAL:12 SN:21-03220;

74.    FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI
       SN:A-31557;

75.    TAURUS INTERNATIONAL GX4 PISTOL CAL:9 SN:GD19016;

76.    GLOCK GMBH 43X PISTOL CAL:9 SN:AKDP914;

77.    GForce Rapture PISTOL CAL:9 SN:GF92200269;

78.    Smith & Wesson MP Shield PISTOL CAL:45 SN:JRX1344;

79.     Smith & Wesson MP Shield PISTOL CAL:40 SN:JPL2045;

80.     Century Arms Micro Draco PISTOL CAL:762 SN:USD002382;

81.     Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8664;

82.     Century Arms Nova RIFLE CAL:9 SN:RoN2155854;

83.     ET Arms Omega 15 RIFLE CAL:MULTI SN:EV04138;

84.     Bear Creek Arsenal BC9 RIFLE CAL:9 SN:9-2321;

85.     Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8612;

86.     Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8682;

87.     Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8597;

88.     Century Arms Micro Draco PISTOL CAL:762 SN:USD002357;

89.     Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8646;

90.     G Force Arms GF25 SHOTGUN CAL:12 SN:24ASS-4515;

91.     GLOCK INC. 43X PISTOL CAL:9 SN:AKCH255;

92.     FNH USA, LLC 509 PISTOL CAL:9 SN:GKS0352336;

93.     EAA MC1911 PISTOL CAL:45 SN:T6368-22AB04060;

94.     EAA MC1911SC PISTOL CAL:45 SN:T6368-24BF00920;

95.     Combat Armory CA19 PISTOL CAL:9 SN:99010030;

96.     EAA MC1911SC Untouchable PISTOL CAL:45 SN:T6368-
        24BF00897;

97.     MASTERPIECE ARMS DEFENDER PISTOL CAL:9
        SN:FX54702;

98. Springfield Armory Hellcat PISTOL CAL:9 SN:DB504041;

99. EAA MC1911SXLV PISTOL CAL:45 SN:T6368-22AB04059;

100. Canik METEMC9 PISTOL CAL:9 SN:24CT14119;

101. FNH USA LLC 509 PISTOL CAL:9 SN:GKS0351669;

102. RUGER SECURITY-9 PISTOL CAL:9 SN:387-22995;

103. RUGER SECURITY-9 PISTOL CAL:9 SN:387-23141;

104. MASTERPIECE ARMS DEFENDER PISTOL CAL:9 SN:FX54706;

105. RUGER SECURITY-9 PISTOL CAL:9 SN:387-23178;

106. EAA MC28SAT PISTOL CAL:9 SN:T6368-21AV12946;

107. RUGER SECURITY-9 PISTOL CAL:9 SN:387-23181;

108. SCCY DVG1 PISTOL CAL:9 SN:D017914;

109. Century Arms Micro Draco PISTOL CAL:762 SN:USD002347;

110. EAA Girsan MC 1911S PISTOL CAL:9 SN:T6368-24DU00470;

111. Tokarev Ravage SHOTGUN CAL:12 SN:52-H24YD-0092;

112. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8596;

113. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD287309;

114. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD287068;

115. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
     CAL:MULTI SN:DCSF618042;

116. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
     CAL:MULTI SN:LW437063;

117. RUGER LCP MAX PISTOL CAL:380 SN:R75-516208;

118. TAURUS INTERNATIONAL G2C PISTOL CAL:9
     SN:AED345583;

119. TAURUS G3C PISTOL CAL:9 SN:AEE449696;

120. GLOCK GMBH 43X PISTOL CAL:9 SN:AKAG802;

121. RUGER SECURITY-380 PISTOL CAL:380 SN:387-08543;

122. GLOCK GMBH 43X PISTOL CAL:9 SN:AKDP802;

123. GLOCK GMBH 17GEN5 PISTOL CAL:9 SN:BLKW372;

124. TAURUS INTERNATIONAL G2C PISTOL CAL:9
     SN:AEM922237;

125. Taurus UltraLight REVOLVER CAL:38 SN:AEJ682395;

126. Taurus UltraLight REVOLVER CAL:38 SN:AEM694701;

127. Taurus PT140 G2A PISTOL CAL:40 SN:AEG523541;

128. Taurus TX22C PISTOL CAL:22 SN:1TJ036195;

129. Springfield Armory XP5 PISTOL CAL:45 SN:BF161433;

130. STANDARD MANUFACTURING COMPANY, LLC S333
     THUNDERSTRUCK REVOLVER CAL:22 SN:SVF032113;

131. TISAS PX9 GEN3 PISTOL CAL:9 SN:T062023DC00388;

132. SCCY CPX4 PISTOL CAL:380 SN:A025641;

133. SCCY DVG1 PISTOL CAL:9 SN:D018080;

134. SCCY DVG1 PISTOL CAL:9 SN:D018209;

135. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
     CAL:MULTI SN:DCSF904405;

136. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
     CAL:MULTI SN:SCD746175;

137. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
     CAL:MULTI SN:SCD288396;

138. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI
     SN:A-32886;

139. Springfield Armory XD Pistol CAL:9 SN:BE272281;

140. Canik METEMC9 PISTOL CAL:9 SN:24CT14038;

141. Smith & Wesson MP Shield PISTOL CAL:45 SN:JRX1345;

142. EAA Girsan Regard MC PISTOL CAL:9 SN:T6368-24A01356;

143. EAA MC1911S PISTOL CAL:45 SN:T6368-23AB02975;

144. EAA MCP35 PISTOL CAL:9 SN:T6368-22EU006105;

145. EAA MC28SAT PISTOL CAL:9 SN:T6368-21-AV12929;

146. ET Arms Omega 15 RIFLE CAL:MULTI SN:EV04143;

147. Century Arms Micro Draco Pistol CAL:762 SN:USD002316;

148.   GForce Arms GF25 SHOTGUN CAL:12 SN:24ASS-4513;

149.   BEAR CREEK ARSENAL BCA10 Rifle CAL:Multi SN:F026833;

150.   Century Arms Micro Draco Pistol CAL:762 SN:USD001778;

151.   Henry Repeating Arms H004 Rifle CAL:22 SN:GB883866;

152.   Canik METEMC9 Pistol CAL:9 SN:24CT22390;

153.   Mossberg 590S Shotgun CAL:12 SN:V1713073;

154.   TAURUS INTERNATIONAL GX4 Pistol CAL:9 SN:GX4M931VL;

155.   KELTEC, CNC INDUSTRIES, INC. KS7 Shotgun CAL:12
SN:24Q0142;

156.   Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8665;

157.   TAURUS INTERNATIONAL TX22 PISTOL CAL:22
SN:1TJ040296TX22C;

158.   KELTEC, CNC INDUSTRIES, INC. KS7 Shotgun CAL:12
SN:24Q0144;

159.   Smith & Wesson Bodyguard 2.0 Pistol CAL:380 SN:PKL6230;

160.   GForce Arm GFY-1 Shotugn CAL:12 SN:24BLP-13071;

161.   GLOCK GMBH 19X Pistol CAL:9 SN:CCFV875;

162.   TISAS Stackout Pistol CAL:9 SN:T0620-24K01527;

163.   KELTEC, CNC INDUSTRIES, INC. SUB-2000 Rifle CAL:40
SN:FH7Z52;

164.   Rock Island Armory MAPP1MS Pistol CAL:9 SN:KAR15009;

165. RUGER SECURITY-9 Pistol CAL:9 SN:387-23183;

166. SIG SAUER (SIG-ARMS) P320 Pistol CAL:9 SN:58H341987;

167. Springfield Armory XD Elite Pistol CAL:9 SN:BA509062;

168. DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES)
     PANTHER LR-308 Rifle CAL:308 SN:FFK051167;

169. RIA-USA VRPF-14 Shotgun CAL:12 SN:30-2343;

170. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
     CAL:MULTI SN:SCB750337;

171. Smith & Wesson MP Shield Pistol CAL:40 SN:JPL2860;

172. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi
     SN:A-35357;

173. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
     CAL:Multi SN:SCB749110;

174. Smith & Wesson Bodyguard 2.0 Pistol CAL:380 SN:EHP1887;

175. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi
     SN:A-35355;

176. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
     CAL:Multi SN:SCB750325;

177. RUGER LCP MAX Pistol CAL:380 SN:R75-516191;

178. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi
     SN:A-35350;

179. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:DCSF113827;

180. Canik METE Pistol CAL:9 SN:23CT73567;

181. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35356;

182. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCD750322;

183. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35353;

184. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35351;

185. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35354;

186. Smith & Wesson MP Shield Pistol CAL:45 SN:JRX1325;

187. MAGNUM RESEARCH, INC DESERT EAGLE Pistol CAL:50 SN:DK0116654;

188. GLOCK INC 43 Pistol CAL:9 SN:ZSN930;

189. EAA MC1911SC Untouchable Pistol CAL:45 SN:T6368-24BF00707;

190. EAA MC 1 9 11 S X LV P i s t o l C A L : 4 5 SN:T6368-22AB04058;

191. EAA MC1911SC Pistol CAL:45 SN:T6368-24BF00708;

192. SIG SAUER (SIG-ARMS) MPX Pistol CAL:Multi SN:62H032274;

193. SIG SAUER (SIG-ARMS) P320 Pistol CAL:9 SN:58J580281;

194. TAURUS G2S Pistol CAL:9 SN:AGC081221;

195. TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEM897094;

196. TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEM921399;

197. Old West Firearms SBG DERRINGER CAL:380 SN:002365;

198. Old West Firearms SBG DERRINGER CAL:380 SN:002364;

199. Old West Firearms SBG DERRINGER CAL:380 SN:002268;

200. ET Arms Omega 15 Rifle CAL:Multi SN:V04144;

201. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
     CAL:Multi SN:SCB751531;

202. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
     CAL:Multi SN:DCSF906808;

203. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
     CAL:Multi SN:DCSF906809;

204. RUGER LCP Pistol CAL:380 SN:372599730;

205. GLOCK INC 26 Pistol CAL:9 SN:CBBU890;

206. TAURUS 856 Revolver CAL:38 SN:AEG505172;

207. TAURUS G3C Pistol CAL:9 SN:AEE449820;

208. GLOCK GMBH 17GEN5 Pistol CAL:9 SN:BLKW295;

209. Taurus TX22C Pistol CAL:22 SN:1TJ040072;

210. GLOCK INC 19X Pistol CAL:9 SN:CDPF056;

211. SIG SAUER (SIG-ARMS) MPX Pistol CAL:Multi SN:62H030611;

212. RIA-USA VRPF-14 Shotgun CAL:12 SN:30-02341;

213. KELTEC, CNC INDUSTRIES, INC KS7 Shotgun CAL:12
    SN:24Q0141;

214. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
    CAL:Multi SN:SCB748955;

215. RIA-USA VRF-14 Shotgun CAL:12 SN:21-03221;

216. RIA-USA VRF-14 Shotgun CAL:12 SN:21-03222;

217. RIA-USA VRPF-14 Shotgun CAL:12 SN:30-00561;

218. EAA Untouchable Pistol CAL:45 SN:T6368-24BF00914;

219. Combat Armory CA19 Pistol CAL:9 SN:99010037;

220. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
    CAL:Multi SN:SCB751538;

221. CHARTER ARMS SHELTON,CT (CHARTER 2000) MAG PUG
    Revolver CAL:357 SN:23F13078;

222. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME
    CAL:Multi SN:DCSF118987;

223. EAA Untouchable Pistol CAL:45 SN:T6368-24BF00921;

224. TISAS PX9GEN3 Pistol CAL:9 SN:T062023DC00085;

225. Springfield Armory XDM Elite Pistol CAL:9 SN:BA564514;

226. Springfield Armory XDM Elite Pistol CAL:9 SN:BA634012;

227. TISAS PX9GEN3 Pistol CAL:9 SN:None;

228. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35352;

229. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35358;

230. Taurus PT140G2A Pistol CAL:40 SN:AEG487201; and

231. GLOCK GMBH 43X Pistol CAL:9 SN:AKLH882.

###